**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


UNITED STATES OF AMERICA                                    PLAINTIFF

V.                                  NO. 4:13CR00236-001 SWW

BARRATT ENI                                                 DEFENDANT


<u>**ORDER**</u>

Pending before the Court is defendant's pro se motion to be released from the remainder of the term of supervised release.  The government has responded that it has no objection to defendant's motion. The United States Probation Office has advised the Court that defendant has demonstrated overall progress in meeting supervision objectives.  Defendant has not had any violations since his term of supervised release commenced, completed his community service hours, satisfied his special assessment penalty and has not tested positive for any illegal substances. Therefore, the Court finds that defendant's motion should be granted.

IT IS SO ORDERED that defendant's motion for early termination [doc #3] is ***granted*** and the remaining term of supervised release previously imposed be, and it is hereby, terminated.

Dated this 23rd day of April 2014.


<u>/s/Susan Webber Wright</u>
United States District Judge